IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KARIMA ANDERSON, ANDREW BECKER, SHANNA BROWN, WAYNE NEWELL, REZA KUSANI, STUART REESE, ROBIN REESE, ZACK THOMPSON, and VICTOR KHOURY,**

    Plaintiffs,

v.                                Case No. 4:25-cv-16-AW-MAF

**FLORIDA DEPARTMENT OF COMMERCE (FDOC) and J. ALEX KELLY, in his official capacity as Florida Secretary of Commerce,**

    Defendants.
_____/

## ORDER REGARDING DEADLINES

The parties filed a "joint stipulation to extend deadlines." ECF No. 16. Because they seek relief, they should have filed it as a motion. The request is nonetheless GRANTED to the following extent: The deadline to move for class certification is suspended. A later deadline will be set after the court considers the parties' forthcoming Rule 26(f) report. Defendants' deadline to respond to the complaint is extended to June 27, 2025.

Plaintiffs' motion for extension (ECF No. 13) is DENIED as moot.

The court will issue an initial scheduling order, which will include a deadline for the parties' Rule 26(f) report, after Defendants respond to the complaint.

1

SO ORDERED on June 2, 2025.

                                       s/ *Allen Winsor*
                                       United States District Judge